UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE BROWN, | No. 2:16-cv-0637 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SALLY JEWELL, | |
| Defendant. | |

Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff indicates that she was previously employed for several years by the United States Fish and Wildlife Service. Plaintiff asks for a waiver of fees because she asserts she cannot afford expensive legal counsel and because she is disabled. However, plaintiff makes no showing regarding her assets, whether she receives disability payments or pension payments, and whether she receives income for the care she provides to her parents or other income. On the present record, the court cannot make a determination of whether plaintiff is entitled to proceed in forma pauperis. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within fourteen days from the date of this order, either a completed application and affidavit in support of her request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis; and

3. The Clerk of the Court is directed to add an additional address for service on plaintiff, 2767 Cardinal Drive, Lincoln, California  95648; (phone number (916) 434-6517).  All future orders of the court shall be served on plaintiff at both addresses of record.

Dated:  March 30, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 brown0637.inc