UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE BROWN, | No. 2:16-cv-0637 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SALLY JEWELL, et al., | |
| Defendants. | |

Plaintiff brings this action challenging her termination from employment with the federal government.  Plaintiff has requested appointment of counsel.  Although plaintiff does not cite a specific statute in support of her request for counsel, it appears plaintiff is requesting appointment of counsel pursuant to 42 U.S.C. § 2000e-5(f)(1)(B).

Any successful application for appointment of counsel must comply with criteria set forth in Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301 (9th Cir. 1981).  Before appointing counsel to plaintiff, the court must consider (1) plaintiff's financial resources, (2) the efforts already made by plaintiff to secure counsel, and (3) plaintiff's likelihood of success on the merits.  Id. at 1318.  Appointment of counsel is not a matter of right.  See Ivey v. Board of Regents, 673 F. 2d 266 (9th Cir. 1982).

As discussed in the order directing plaintiff to pay the filing fee, plaintiff's financial resources do not weigh in favor of appointment of counsel.  Plaintiff indicates she has paid

1

counsel in other matters but does not describe her efforts to secure counsel in the present action. After reviewing the amended complaint, the court has determined appointment of counsel is not warranted in this matter.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (ECF No. 8) is denied.

Dated: April 14, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 brown0637.bradshaw.cou