UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE BROWN,<br>Plaintiff,<br>v.<br>SALLY JEWELL, et al.,<br>Defendants. | No. 2:16-cv-0637 MCE CKD PS<br><br><u>ORDER</u> |

Plaintiff moves to reconsider the order denying appointment of counsel. Upon review of plaintiff's briefing, the court finds no basis for reconsideration of its prior order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 10) is denied.

Dated: July 14, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 brown0637.rec