PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE BROWN,<br><br>                    Plaintiff,<br><br>          v.<br><br>SALLY JEWELL, et al.,<br><br>                    Defendants. | CASE NO. 2:16-CV-0637-MCE-CKD-PS<br><br>ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME<br><br>Local Rule 144(c) |

GOOD CAUSE APPEARING, it is hereby ordered that Defendants' Ex Parte Application for Extension of Time is GRANTED. The status conference scheduled for September 14, 2016, is continued to November 30, 2016, at 10:00 a.m. in courtroom no. 24. The parties shall file status reports not later than fourteen (14) days prior to the Status Conference, which shall address the matters set forth in paragraph 5 of the Order Setting Status Conference dated April 11, 2016 (Dkt. 7).

Dated: August 12, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE