UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE BROWN,<br><br>            Plaintiff,<br><br>       v.<br><br>SALLY JEWELL,<br><br>            Defendant. | No.  2:16-cv-0637 MCE CKD PS<br><br><br>ORDER |

Plaintiff has filed an opposition to defendant's ex parte application for extension of time. The opposition was filed after the court granted the extension. The court will therefore construe plaintiff's opposition as a motion to reconsider. Upon review of plaintiff's opposition and defendant's reply, the court finds no reason to modify the extension previously granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The date of the status conference and the date for filing status reports shall remain the same as set forth in the August 12, 2016 order. ECF No. 14.

2. Defendant's responsive pleading is due September 12, 2016. ECF No. 12.

Dated:  August 24, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 brown0637.rec

1