UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE BROWN, | No.  2:16-cv-0637 MCE CKD PS |
| Plaintiff, | |
| v. | ORDER |
| SALLY JEWELL, | |
| Defendant. | |

Presently calendared for hearing on October 19, 2016 is defendant's motion to dismiss. Plaintiff has requested an extension of time to late December to file opposition due to personal health reasons and because of care she provides to her parents.  Accordingly, IT IS HEREBY ORDERED that:

1. The hearing date of October 19, 2016 is vacated.  Hearing on defendant's motion is continued to January 25, 2017 at 10:00 a.m. in courtroom no. 24.

2. Plaintiff shall file opposition to the motion to dismiss no later than December 21, 2016. Any documents referenced in the opposition must be submitted as exhibits in support of the opposition and must be properly authenticated.  Failure to file opposition will be deemed as a statement of non-opposition and shall result in submission of the motion on the papers and a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

/////

3. Reply, if any, shall be filed no later than January 9, 2017.

Dated:  September 28, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 brown0637.con