1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MARILEE BROWN,                           No.  2:16-cv-0637 MCE CKD PS

12                    Plaintiff,

13         v.                                  ORDER

14    SALLY JEWELL,

15                    Defendant.

16

17          Presently calendared for hearing on January 25, 2017 is defendant's motion to dismiss.

18   Plaintiff has requested an additional extension of time to April, 2017 to file an opposition due to

19   personal health reasons and because of care she provides to her parents.  Plaintiff's request is

20   unreasonable.  The motion was filed September 12, 2016 and the court has already afforded

21   plaintiff over three months to oppose the motion.  However, a brief additional extension will be

22   granted.

23          Plaintiff has also requested that she not be required to copy documents she uses in support

24   of her motion if those documents have previously been provided to defendant.  The court does not

25   have copy of documents purportedly provided to defendant.  Any documents plaintiff intends to

26   use in support of her opposition must be submitted to the court and served on defense counsel.

27   The court does note, however, that the pending motion is a motion to dismiss; generally

28   documents outside of the pleadings are not considered on a motion to dismiss except as to those

                                                1

1   matters which are subject to judicial notice.

2       Accordingly, IT IS HEREBY ORDERED that:

3       1.  The hearing date of January 25, 2017 is vacated.  Hearing on defendant's motion is

4   continued to February 22, 2017 at 10:00 a.m. in courtroom no. 24.

5       2.  Plaintiff shall file opposition to the motion to dismiss no later than January 18, 2017.

6   Any documents referenced in the opposition must be submitted as exhibits in support of the

7   opposition, served on defense counsel, and must be properly authenticated and subject to judicial

8   notice.  Failure to file opposition will be deemed as a statement of non-opposition and shall result

9   in submission of the motion on the papers and a recommendation that this action be dismissed

10  pursuant to Federal Rule of Civil Procedure 41(b).

11      3.  Reply, if any, shall be filed no later than February 1, 2017.

12  Dated:  December 1, 2016

13  _____
    CAROLYN K. DELANEY
14  UNITED STATES MAGISTRATE JUDGE

15  4 brown0637.2.con

16

17

18

19

20

21

22

23

24

25

26

27

28