UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILEE BROWN,<br><br>           Plaintiff,<br><br>      v.<br><br>SALLY JEWELL,<br><br>           Defendant. | No. 2:16-cv-0637 MCE CKD PS<br><br><br><br>ORDER |

Presently calendared for hearing on February 22, 2017 is defendant's motion to dismiss. Plaintiff has requested that hearing on the matter be waived. Good cause appearing, IT IS HEREBY ORDERED that:

1. The hearing on February 22, 2017 on defendant's motion to dismiss is vacated.

2. The matter is submitted on the papers.

3. No sur-reply is allowed.

Dated: February 16, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 brown0637.sub

1