1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARILEE BROWN,                        No.  2:16-cv-0637 MCE CKD PS

12              Plaintiff,

13        v.                              ORDER

14   SALLY JEWELL, et al.,

15              Defendants.

16

17        Plaintiff has again requested appointment of counsel.  It appears plaintiff is requesting

18   appointment of counsel pursuant to 42 U.S.C. § 2000e-5(f)(1)(B).

19        Any successful application for appointment of counsel must comply with criteria set forth

20   in Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301 (9th Cir. 1981).  Before

21   appointing counsel to plaintiff, the court must consider (1) plaintiff's financial resources, (2) the

22   efforts already made by plaintiff to secure counsel, and (3) plaintiff's likelihood of success on the

23   merits.  Id. at 1318.  Appointment of counsel is not a matter of right.  See Ivey v. Board of

24   Regents, 673 F. 2d 266 (9th Cir. 1982).

25        The court previously denied plaintiff's request for appointment of counsel.  ECF No. 9.  In

26   light of the findings and recommendations recommending dismissal of this action, plaintiff cannot

27   demonstrate the third factor required under Bradshaw.  The court has therefore determined

28   appointment of counsel is not warranted in this matter.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of

2  counsel (ECF No. 35) is denied.

3  Dated:  March 24, 2017

4                                                     _____
                                                       CAROLYN K. DELANEY
5                                                      UNITED STATES MAGISTRATE JUDGE

6

7  4 brown0637.bradshaw.cou.2

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2